# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| KENNOLYN CAMP § <br> § <br> v. § Civil Action No. 4:16-CV-163 <br> § (Judge Mazzant/Judge Nowak) <br> SHANE WILSON, TITAN UTV, LLC, § <br> TITAN ETV LLC, NORTEX GLOBAL § <br> ENTERPRISES, LLC | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 17, 2017, the report of the Magistrate Judge (Dkt. #20) was entered containing proposed findings of fact and recommendations that Plaintiff Kennolyn Camp's ("Plaintiff") Motion for Default Judgment (Dkt. #9) be granted, and that final judgment be entered for Plaintiff.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Kennolyn Camp's Motion for Default Judgment (Dkt. #9) is **GRANTED IN PART AND DENIED IN PART** and a final default judgment shall be entered for Plaintiff.

**IT IS SO ORDERED**.
**SIGNED this 8th day of March, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE